UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| SERGI LANAU GRAU | * | |
| Petitioner, | * | |
| | | Civil No.: 8-23-cv-03497 |
| v. | * | |
| SHEETAL SAM PRASAD | * | |
| Respondent. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## VOLUNTARY RETURN ORDER

This Voluntary Return Order directing return of the parties' minor child to Spain is made pursuant to Article 7 of the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 et seq., and with the express consent and agreement of both parties, as evidenced by the signatures of the Petitioner's counsel, the Petitioner, the Respondent's counsel and the Respondent below. It is therefore by the United States District Court for the District of Maryland, hereby:

1.      ORDERED, that by agreement of the parties, the parties' son RLP, born in 2021 (the "child") shall be returned to Barcelona, Spain, the child's habitual residence, on March 10, 2024, in time for the interim hearing in the Court of First Instance No. 15 of Barcelona (Family) (the "Spanish Court") on March 11, 2024; and it is further

2.      ORDERED, that by agreement of the parties, the child shall travel in the company of both parties. The Father shall pay all transportation costs, including airline tickets, for the child's return home to Barcelona, Spain as set forth in this Voluntary Return Order, and the Mother shall pay her own transportation costs; and it is further

1

3.     ORDERED, that by agreement of the parties, if the Mother has not already done so, the Mother shall immediately and forthwith dismiss with prejudice any and all orders she has obtained from any and all proceedings in the District Court for Prince George's County, Maryland, she shall promptly provide a certified copy of the order of dismissal to the Father's counsel, she shall cooperate immediately and forthwith with the Father and his counsel to have any such orders and proceedings expunged, and she shall cooperate immediately and forthwith with the Father and his counsel to ensure that a certified copy of the record of such dismissal is forwarded and shared with all United States federal agencies, including but not limited to CBP, TSA, USCIS, and the U.S. Department of State, and otherwise have the said order of dismissal and proceedings sealed; and it is further

4.     ORDERED, that by agreement of the parties, the parties and the child shall depart from Washington Dulles International Airport ("IAD") on March 9, 2024, on non-stop flight UA992 on United Airlines to Josep Tarradellas Barcelona-El Prat Airport ("BCN") departing IAD at 6:15 p.m. EST and arriving at BCN at 8:20 a.m. CET the following day, March 10, 2024. The Mother shall cooperate with the Father forthwith to obtain the airline tickets for the said flight for the parties and the child; and it is further

5.     ORDERED, that by agreement of the parties, the Mother may, if she elects through counsel to do so prior to March 8, 2024, have exclusive temporary use and possession of the parties' marital home in Barcelona, Spain upon her return to Barcelona, Spain pending orders of the Spanish Court; otherwise she shall rent her own apartment within the municipality of Barcelona, Spain; and it is further

6. ORDERED, that by agreement of the parties, both parties shall continue to support the child financially, pending orders of the Spanish Court; and it is further

. 7. ORDERED, that by agreement of the parties, one of the counsel of record for the Father, namely Stephen J. Cullen, Kelly A. Powers, or James A. Sullivan, Jr., shall collect the child's passports from the clerk of this Court on March 8, 2024, and shall deliver them to the Father at the United Airlines check-in counter at IAD at 5:00 p.m. on March 9, 2024, and the Mother's passport shall be released to her or one of her counsel of record by the clerk of this Court on the same date; and it is further

8. ORDERED, that by agreement of the parties, upon the return of the child to Barcelona, Spain, the Father shall promptly deliver the child's passports to the Spanish Court and shall file a notice in this Court that the child has been returned to his habitual residence of Spain. Upon the filing of Father's notice, this matter shall be DISMISSED WITH PREJUDICE; and it is further

9. ORDERED, that by agreement of the parties, each party shall pay his or her own attorneys' fees, suit money, necessary expenses, and costs associated with this matter incurred through the entry of this Voluntary Return Order and upon the return of the child to Barcelona, Spain, and each party waives any and all claims against the other under the Hague Convention and/or ICARA for necessary expenses and attorneys' fees through the entry of this Voluntary Return Order; and it is further

10. ORDERED, that by agreement of the parties, pending the child's departure from the State of Maryland to IAD on March 9, 2024, the Father shall have daily in-person and/or video contact with the child upon reasonable notice to the Mother. The Mother shall not interfere with the child's in-person and/or daily video contact with the Father; and it is further

3

11.     ORDERED, that pending the child's departure from the State of Maryland to IAD on March 9, 2024, the Mother shall not remove the child or cause the child to be removed from the jurisdiction of this Court; and it is further

12.     ORDERED, that this Voluntary Return Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention; and it is further

13.     ORDERED, that this Voluntary Return Order is made under the authority of ICARA 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 7 of the 1980 Hague Convention.

IT IS SO ORDERED:

Hon. Peter J. Messitte
United States District Court for the District
of Maryland

APPROVED AS TO FORM
& CONTENT:

Each party expressly acknowledges by their signatures below that the contents of this Voluntary Return Order were translated for the Father and Mother into Spanish from the English original by an interpreter who speaks, reads, and writes English and Spanish fluently and that they approve the form and the content of this Voluntary Return Order:

_Sergi Lanau Grau_
Sergi Lanau Grau (Feb 16, 2024 17:03 GMT+1)
Sergi Lanau Grau
Petitioner

_Sheetal Prasad_
Sheetal Prasad (Feb 16, 2024 10:54 EST)
Sheetal Sam Prasad
Respondent

4

/s/ Stephen J. Cullen
Stephen J. Cullen
Kelly A. Powers
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
(410) 385-3629
(410) 385-3709 (fax)
scullen@milesstockbridge.com
kpowers@milesstockbridge.com

/s/ James A. Sullivan, Jr.
James A. Sullivan, Jr.
Miles & Stockbridge P.C.
11 N. Washington Street
Suite 700
Rockville, MD 20850
(301) 517-4824
(301) 385-3700 (fax)
jsulliva@milesstockbridge.com

Attorneys for Petitioner

/s/ Onkar N. Sharma
Onkar N. Sharma
Sharma Law Group Chtd
9911 Georgia Avenue
Silver Spring, MD 20902
(301) 593-1983
(301) 681-1222 (fax)
lawonkar@verizon.net

/s/ Richard Min
Richard Min
Green Kaminer Min & Rockmore, LLP
420 Lexington Avenue
Suite 2821
New York, NY 10170
(212) 681-6400
(212) 681-6999 (fax)
rmin@gkmrlaw.com

Attorneys for Respondent

5

# 240218 Grau-Prasad VRO

Final Audit Report                                                2024-02-18

| | |
|---|---|
| Created: | 2024-02-18 |
| By: | Richard Min (rmin@gkmrlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA34PLfs17Oxnrlk39ZJdFQq8tLJAxFS8W |

## "240218 Grau-Prasad VRO" History

🗎 Document created by Richard Min (rmin@gkmrlaw.com)
2024-02-18 - 3:52:09 PM GMT

🖂 Document emailed to Sergi Lanau Grau (slanaug@gmail.com) for signature
2024-02-18 - 3:52:12 PM GMT

🖂 Document emailed to Sheetal Prasad (fireflycatchingwaves@gmail.com) for signature
2024-02-18 - 3:52:12 PM GMT

🗎 Email viewed by Sheetal Prasad (fireflycatchingwaves@gmail.com)
2024-02-18 - 3:53:44 PM GMT

🗎 Email viewed by Sergi Lanau Grau (slanaug@gmail.com)
2024-02-18 - 3:54:08 PM GMT

✒ Document e-signed by Sheetal Prasad (fireflycatchingwaves@gmail.com)
Signature Date: 2024-02-18 - 3:54:41 PM GMT - Time Source: server

✒ Document e-signed by Sergi Lanau Grau (slanaug@gmail.com)
Signature Date: 2024-02-18 - 4:03:15 PM GMT - Time Source: server

✅ Agreement completed.
2024-02-18 - 4:03:15 PM GMT

**Adobe Acrobat Sign**