UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

SERGI LANAU GRAU

           Petitioner

SHEETAL SAM PRASAD

           Respondent

Case No. 8:23-cv-03497-PJM

### ORDER

Upon consideration of the Joint Motion to Amend Voluntary Return Order, and for good cause having been shown, it is on this __1__ day of __March__ 2024, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that the Voluntary Return Order [Doc. No. 48] is hereby amended for the limited purpose of permitting the Mother to travel with RLP, born in 2021 (the "Child",) outside the jurisdiction of the Court to attend an appointment with the child's pediatrician, Caroline Van Vleck, M.D. of Spring Valley Pediatrics, PLLC at 4850 Massachusetts Avenue, N.W., 2nd Floor, Washington, D.C. 20016 on Monday, March 4, 2024 at 9:00 a.m.; and it is further

**ORDERED**, that the Father is permitted to attend the appointment remotely via Zoom; and it is further

**ORDERED**, that upon the conclusion of the appointment with Dr. Van Vleck on March 4, 2024, the Mother shall immediately return the Child to the jurisdiction of this Court.

                                                PETER J. MESSITTE
                                                UNITED STATES DISTRICT JUDGE